AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YOLANDA GONZALEZ | ) | Case No. SA: 14-MJ-1005 |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  10/09/2014   in the county of   BEXAR   in the   WESTERN   District of  TEXAS  , the defendant violated   21   U. S. C. §   841(a)(1)  , an offense described as follows:

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, IN VIOLATION OF 21 U.S.C. 841(a)(1) and (b)(1)(C).

PENALTY: 0 TO 20 YEARS IMPRISONMENT, UP TO $1 MILLION FINE, MANDATORY 3 YEAR TERM OF SUPERVISED RELEASE, MANDATORY $100 ASSESSMENT.

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

✓ Continued on the attached sheet.

*Complainant's signature*

COBEY CROW, TFO DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct 10 2014

*Judge's signature*

City and state:   SAN ANTONIO, TEXAS

PAMELA A. MATHY, U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | |
| v. | § § | MAGISTRATE NO. _____ |
| YOLANDA GONZALEZ, | § § § | |
| Defendant. | § § | |

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Cobey Crow, being duly sworn, deposes and says that I am a Task Force Officer with the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such. The following is based on information provided to me by the individuals more fully identified below and from my own personal observations:

1. On October 9, 2014 law enforcement officers received information from a reliable source of information that an individual would possibly be in possession of illegal automatic firearms at the business address of 7515 Grissom Rd., Suite 110, San Antonio, TX, which is currently located in the Western District of Texas. Officers with the San Antonio Police Department arrived upon the location and located Suite 110, which is a business that is open to customers, and encountered Yolanda Gonzalez inside the building. At that time, officers requested consent to inspect the building for any possible firearms. Gonzalez denied consent to inspect for firearms and informed Officers that they would have to get a warrant if they wanted to inspect the building. Gonzalez did state that she operates the business and has access to the office space.

1

2

2. Officers with the San Antonio Police Department and a Bexar County District Attorney's Office Investigator then obtained a search warrant for the address at 7515 Grissom Rd., San Antonio, TX.

3. As a result of the search warrant, officers discovered six firearms as well as approximately 250 grams of a white powdery substance that field-tested positive for the characteristics of cocaine. The suspected cocaine was discovered in an office desk of which Gonzalez claimed ownership. Also discovered along with the cocaine, was a scale and plastic baggies which is indicative of those involved with the distribution of cocaine. Gonzalez was placed under arrest, and the investigation was referred to agents and officers of the Drug Enforcement Administration who then approached Gonzalez and attempted to question her, after reading her Miranda rights. At that time, Gonzalez declined to answer any questions and requested to speak to an attorney.

4. Based on the above, there is probable cause to believe that the **Yolanda Gonzalez** possessed with intent to distribute cocaine.

COBEY CROW
Task Force Officer
Drug Enforcement Administration

Sworn to before me this 10 day of October, 2014

PAMELA A. MATHY
UNITED STATES MAGISTRATE JUDGE

2